ORIGINAL

FILED ✓   RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 5 2005

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

KELLY A. JOHNSON
Acting Assistant Attorney General

CHRISTY L. KING
Trial Attorney, Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
Phone:       (202) 514-1707
Facsimile:   (202) 514-2583

DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
District of Nevada
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Nevada Bar # 4790
Telephone:   (702) 388-6336
Facsimile:   (702) 388-6787

Attorneys for Plaintiff United States of America

MICHÈLE B. CORASH
Counsel for Kerr-McGee Chemical, LLC
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:   (415) 268-7124
Facsimile:   (415) 268-7522
Attorney for Defendant Kerr-McGee Chemical, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>KERR-MCGEE CHEMICAL, LLC,<br>    Defendant. | Case No. CV-S-05-0548-HDM-(RJJ)<br>JOINT STIPULATION OF<br>SETTLEMENT AND ORDER<br>OF DISMISSAL |

## JOINT STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL

WHEREAS, Plaintiff, the United States of America ("United States"), by authority of the Attorney General of the United States and acting at the request of the Administrator of the Environmental Protection Agency ("EPA"), is concurrently, with the filing of this Joint Stipulation of Settlement and Order of Dismissal ("Stipulation"), filing a Complaint in the above-captioned civil action (the "Complaint") against Kerr-McGee Chemical, LLC ("Defendant" or "Kerr-McGee") pursuant to 42 U.S.C. §§ 7413(b) and 7503 of the Clean Air Act seeking penalties for alleged violations of the Clean Air Act and the Nevada State Implementation Plan ("SIP") at Defendant's facility in Henderson, Clark County, Nevada;

WHEREAS, Kerr-McGee denies the allegations of the Complaint and asserts that its actions that are the subject of the Complaint were in compliance with the Clean Air Act;

WHEREAS, the United States and Defendant ("the Parties") agree that settlement of this action without further expense and litigation is in the public interest and that entry of this Stipulation is the most appropriate means of resolving the instant matter;

NOW, THEREFORE, without adjudication or admission of any issue of fact or law, or any determination of liability, and upon consent and agreement of the Parties, by their attorneys and authorized officials, to this Stipulation, it is hereby AGREED, STIPULATED, and ORDERED:

1. This Court has subject matter jurisdiction over this action pursuant to Section 113(b) of the CAA, 42 U.S.C. § 7413(b), and pursuant to 28 U.S.C. §§ 1331, 1345 and 1355(a). Venue is proper in this district pursuant to Section 113(b) of the CAA, 42 U.S.C. § 7413(b), and 28 U.S.C. §§ 1391(b) and 1395(a).

- 2 -

1  2. Within 30 (thirty) calendar days after this Stipulation is entered by the
2  Court, the Defendant shall pay $55,392 (fifty-five thousand three hundred and ninety two
3  dollars) to the United States.

4  3. Payment of the $55,392 shall be made by Electronic Funds Transfer ("EFT") to
5  the U.S. Department of Justice in accordance with current EFT procedures to be provided
6  to Defendant by the United States.

7  4. Any EFTs received by the United States after 11:00 a.m. (Pacific
8  Time) will be credited on the next business day. On the day that the transfer is made,
9  Defendant shall send evidence of the transfer along with correspondence referencing this
10 Stipulation and the DOJ Case Number 90-5-2-1-07667 and referencing the case United
11 States of America v. Kerr-McGee Chemical, LLC, and Case No. CV-S-
12 05-0548-HDM(RJJ) to:

|  |  |
|---|---|
| United States EPA | United States EPA |
| 75 Hawthorne Street | 75 Hawthorne Street |
| ORC-2 | AIR-5 |
| San Francisco, CA 94105 | San Francisco, CA 94105 |
| Attention: Kara Christenson | Attention: Charles Aldred |

and to:

United States Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Attention: Financial Litigation Unit

- 3 -

and to:

    Section Chief

    Environment and Natural Resources Division

    Environmental Enforcement Section

    P.O. Box 7611

    Washington, DC  20044

5. In the event that Defendant fails to pay the full amount of the payment required by Paragraph 2 when due, upon motion by the United States, the Court shall enforce the terms of this Stipulation, or upon motion by the United States, the dismissal shall be vacated and the action against Defendant reinstated, or the United States may proceed to enforce this Stipulation as a judgment as set forth in Paragraph 9 below.

6. If the payment required by Paragraph 2 is not paid within 30 (thirty) calendar days after the Stipulation is entered by the Court, Defendant shall pay, without demand, $500.00 (five hundred dollars) per day, in stipulated penalties, for each day that the payment required by Paragraph 2 is late. The United States, in its sole and unreviewable discretion, may reduce or waive stipulated penalties otherwise due under this Stipulation.

7. If any payment or stipulated penalty payable under this Stipulation is not paid when due, interest shall accrue on any amount overdue from the first day after the payment or stipulated penalty is due through the date of payment in accordance with the statutory judgment interest rate provided for in 28 U.S.C. § 1961.

8. Payment of stipulated penalties and interest shall be made by certified or cashier's check in the amount due, payable to the U.S. Department of Justice, referencing <u>United States of America v. Kerr-McGee Chemical, LLC</u>, DOJ Case Number 90-5-2-1-07667, and Case No. CV-S-05-0548-HDM-RJJ and delivered to:

- 4 -

United States Attorney's Office

333 Las Vegas Boulevard South, Suite 5000

Las Vegas, Nevada 89101

Attention: Financial Litigation Unit

9. This Stipulation shall constitute an enforceable judgment for purposes of post-judgment collection in accordance with Rule 69 of the Federal Rules of Civil Procedure, the Federal Debt Collection Procedure Act, 28 U.S.C. §§ 3001-3308, and other applicable authority. The United States shall be deemed a judgment creditor for purposes of collection of any unpaid amounts of the civil and stipulated penalties and interest. Further, Defendant shall be liable for attorneys' fees and costs incurred by the United States to collect any amounts due under this Stipulation.

10. The provisions of the Stipulation shall apply to, be binding on and inure to the benefit of the Parties to this action, and their successors and assigns. The undersigned representative of the Defendant certifies that he or she is authorized to enter into the terms and conditions of this Stipulation and to execute and legally bind such Party to this document.

11. Within 5 (five) business days of receipt of the notice, pursuant to Paragraph 4, that all amounts due under this Stipulation have been paid, the United States shall file Notice with the Court that full payment has been received. At that time, the United States' claims as alleged in the Complaint against Defendant shall be dismissed with prejudice. Each Party shall bear its own costs and attorneys fees.

- 5 -

12. This Court shall retain jurisdiction for the purpose of interpreting and enforcing this Stipulation.

AS AGREED AND STIPULATED TO BY THE PARTIES, IT IS SO ORDERED:

*[signature]*
UNITED STATES DISTRICT JUDGE

DATED: May 3, 2005

FOR THE UNITED STATES OF AMERICA:

We consent to the Joint Stipulation of Settlement and Order of Dismissal in <u>United States of America v. Kerr-McGee Chemical, LLC</u>; Case No. CV-S-05-0548-HDM-RJJ

Dated: 4/25/05

*[signature]*
KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

Dated: 4/27/05

*[signature]*
CHRISTY L. KING
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice

- 6 -

We consent to the Joint Stipulation of Settlement and Order of Dismissal in <u>United States of America v. Kerr-McGee Chemical, LLC</u>; Case No. CV-S-05-0548-HDM-RJJ

DANIEL G. BOGDEN
United States Attorney
District of Nevada

Dated:

*[signature]*

BLAINE T. WELSH
Assistant United States Attorney
District of Nevada
U.S. Department of Justice

Of Counsel:

KARA T. CHRISTENSON
Assistant Regional Counsel
Environmental Protection Agency
75 Hawthorne Street
San Francisco, CA 94105
Telephone:  (415) 972-3881
Facsimile:  (415) 947-3570

- 7 -

FOR DEFENDANT KERR-MCGEE CHEMICAL, LLC:

I consent to the Joint Stipulation of Settlement and Order of Dismissal in <u>United States of America v. Kerr-McGee Chemical, LLC</u>; Case No. CV-S-05-0548-NHM-RJJ

Dated: _____  _____
MICHELE B. CORASH
Counsel for Kerr-McGee Chemical, LLC
Morrison & Foerster, LLP

- 8 -

## CERTIFICATE OF SERVICE

I hereby certify that I directed that a coy of the Plaintiff <u>Joint Stipulation of Settlement and Order of Dismissal</u> be served on May 29, 2005, by first-class mail upon:

>MICHÈLE B. CORASH
>Counsel for Kerr-McGee Chemical, LLC
>Morrison & Foerster, LLP
>425 Market Street
>San Francisco, CA 94105

Eunice Jones
United States Attorney's Office
District of Nevada